United States District Court
For the Northern District of California

1
2
3
4              UNITED STATES DISTRICT COURT
5             NORTHERN DISTRICT OF CALIFORNIA
6
7   GAYLE BROCK,                          No. C 11-00257 (JCS)
8            Plaintiff(s),                **NOTICE OF REFERENCE AND ORDER
                                          RE DISCOVERY PROCEDURES**
9       v.
10  COUNTY OF NAPA,
11           Defendant(s).
    _____/
12
13  TO ALL PARTIES AND COUNSEL OF RECORD:
14        The above matter has been referred to the undersigned for all discovery matters.  Please be
15  advised that if a specific motion was filed before the District Court **prior to this referral**, the
16  noticed date may no longer be in effect.  All hearing dates are subject to the availability of the
17  Court's calendar.  Please contact the Courtroom Deputy, Karen Hom, at (415) 522-2035, to confirm
18  or, if necessary, reschedule a hearing date.  Regardless of whether the Court reschedules a hearing
19  date, all opposition and reply papers shall be timely filed according to the originally noticed hearing
20  date, pursuant to Civil L. R. 7-3.
21                    LAW AND MOTION PROCEDURES
22        Civil law and motion is heard on Friday mornings at 9:30 a.m., in Courtroom G, 15th Floor,
23  United States District Court, 450 Golden Gate Avenue, San Francisco, California.
24        In the event a **future discovery dispute** arises, IT IS HEREBY ORDERED that before filing
25  any discovery motion before this Court, the parties must comply with the following:
26        1.    Lead trial counsel for both parties must meet and confer ***in person*** regarding the
27              matter(s) at issue.  This meeting shall occur after other efforts to resolve the dispute,
28              such as telephone, e-mail, teleconference, or correspondence, have been unsuccessful.

**United States District Court**
For the Northern District of California

1            Once those efforts have proved unsuccessful, any party may demand a meeting of

2            lead trial counsel to resolve a discovery matter.  Such a meeting shall occur within ten

3            (10) calendar days of the demand.  The locations of the meetings shall alternate.  The

4            first meeting shall be at a location selected by counsel for Plaintiff(s).  If there are any

5            future disputes, the next such meeting shall be held at a location to be determined by

6            counsel for Defendant(s), etc.

7       2.      Within five (5) calendar days of the in-person meeting between lead trial counsel

8            referred to above, the parties shall jointly file a detailed letter with the Court, not to

9            exceed ten (10) pages without leave of Court, which will include the matters that

10           remain in dispute, a detailed substantive description of each side's position on each

11           such issue, and a description of each side's proposed compromise on each such issue.

12     3.      After the Court has received the joint letter, the Court will determine what future

13           proceedings, if any, are necessary.

14           In the event that the parties continue to be unable to resolve the matters regarding the timing

15 and scope of discovery, the Court will consider what future actions are necessary.  These actions

16 may include the following: (1) sanctions against a party failing to cooperate in the discovery process

17 and meet and confer in good faith, as required by this Order, the Federal Rules of Civil Procedure,

18 and the Local Rules of this Court; and/or (2) requiring the Chief Executive Officers of each party to

19 attend the in-person, meet-and-confer sessions described above.  The Court is not entering either of

20 these matters as an Order of the Court at this time, and fully expects counsel to meet their

21 obligations under this Order and under the Local Rules.

22           A party or counsel has a continuing duty to supplement the initial disclosure when required

23 under Fed. R. Civ. P. 26(e)(1).

24           Law and motion matters may be submitted without argument upon stipulation of the parties

25 and notification of the Court no later than 4:30 p.m. the day before the hearing.  Pursuant to Civil L.

26 R. 7-7(e), filed motions may be withdrawn without leave of the Court, within seven (7) days of the

27 date for service of the opposition.  Thereafter, leave of the Court must be sought.

28

United States District Court

For the Northern District of California

1    All filings of documents relating to motions referred to the undersigned shall list the civil

2    case number and the district court judge's initials followed by the designation "(JCS)".

3                         **ELECTRONIC FILING AND COURTESY COPIES**

4    Please refer to Civil L. R. 5-4 and General Order No. 45 for the Northern District of

5    California for information relating to electronic filing procedures and requirements.  All documents

6    shall be filed in compliance with the Civil Local Rules.  Documents not filed in compliance with

7    those rules will not be considered by the Court.

8    BEFORE NOON ON THE NEXT BUSINESS DAY FOLLOWING THE ELECTRONIC

9    FILING, THE PARTIES ARE REQUIRED TO LODGE DIRECTLY WITH CHAMBERS ONE

10   CONFORMED, **PAPER** COPY OF EACH DOCUMENT, WHICH IS TO BE DESIGNATED

11   **"JCS'S CHAMBERS' COPY."**

12   The failure of counsel or a party to abide by this Order may result in sanctions pursuant to

13   Fed. R. Civ. P. 16(f).

14   IT IS SO ORDERED.

15

16   Dated: January 18, 2012

17

18                                                 JOSEPH C. SPERO
                                                   United States Magistrate Judge

19

20

21

22

23

24

25

26

27

28