Gregory G. Spaulding, Esq. (SBN 106606)
Terry S. Sterling, Esq. (SBN 106379)
SPAULDING McCULLOUGH & TANSIL LLP
90 South E Street, Suite 200
P.O. Box 1867
Santa Rosa, CA  95402
Telephone:     (707) 524-1900
Facsimile:     (707) 524-1906

Attorneys for Defendant
COUNTY OF NAPA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAYLE BROCK,<br><br>          Plaintiff,<br><br>     vs.<br><br>COUNTY OF NAPA and DOES 1 through 50, inclusive,<br><br>          Defendants. | Case No.:  CV 11-0257 SBA<br><br>STIPULATION EXTENDING DEADLINES FOR EXPERT DISCLOSURES, EXPERT DISCOVERY AND DEPOSITION OF OFFICER SKILLINGS; ORDER |

Plaintiff GAYLE BROCK and defendant COUNTY OF NAPA hereby enter into this Stipulation Extending Deadlines For Expert Disclosures, Expert Discovery And Deposition Of Officer Skillings with reference to the following facts:

A number of critical depositions have been taken in the last two weeks, and others are scheduled to be taken on January 27, 30 and 31, 2012.  January 31, 2012 is currently both the cutoff date for non-expert discovery and the deadline for initial expert disclosures.  Transcripts of the recent and upcoming depositions will not be completed in time for the parties' experts to review the deponents' testimony prior to the current deadline for expert disclosures.

The parties have not been able to schedule the deposition of one percipient witness, Correctional Officer Kevin Skillings, prior January 31, 2012.  Scheduling difficulties have arisen as a result of Officer Skillings' recent assignment to work the graveyard shift at the Napa County Jail, and as a result of the attorneys' calendars.

1

STIPULATION EXTENDING DEADLINES FOR EXPERT DISCLOSURES, EXPERT        Case No. CV 11-0257 SBA
DISCOVERY AND DEPOSITION OF OFFICER SKILLINGS; [*PROPOSED*] ORDER

A continuance of the dates for expert disclosures and the expert discovery deadline is needed to allow time for the transcripts of all recent and upcoming depositions to be prepared and made available to the parties' experts for review before those experts and their opinions are disclosed. In addition, a continuance of the non-expert discovery cutoff date is needed for the limited purpose of scheduling the deposition of Officer Skillings. No other continuance of the deadline for non-expert discovery is sought by this Stipulation.

IT IS HEREBY STIPULATED by and between plaintiff GAYLE BROCK and defendant COUNTY OF NAPA, through their attorneys of record, that the dates for expert disclosures, the expert discovery deadline and the non-expert discovery cutoff date shall be continued as follows:

1. The parties shall designate any experts by March 1, 2012;
2. The parties shall disclose any rebuttal experts by March 15, 2012;
3. Expert discovery shall be completed by April 10, 2012; and
4. The cutoff date for non-expert discovery shall be continued through February 17, 2012 for the limited purpose of scheduling the deposition of Officer Kevin Skillings. With respect to all other non-expert discovery, the discovery cutoff date of January 31, 2012 shall remain in effect.

DATED: January 27, 2012     SPAULDING McCULLOUGH & TANSIL LLP
                            Attorneys for Defendant
                            COUNTY OF NAPA


                            By:    /s/ Terry S. Sterling
                                   Terry S. Sterling

DATED: January 27, 2012     LAW OFFICE OF JESSE S. TURNER
                            Attorneys for Plaintiff GAYLE BROCK


                            By:    /s/ Jesse S. Turner
                                   Jesse S. Turner, Esq.

2

STIPULATION EXTENDING DEADLINES FOR EXPERT DISCLOSURES, EXPERT      Case No. CV 11-0257 SBA
DISCOVERY AND DEPOSITION OF OFFICER SKILLINGS; [*PROPOSED*] ORDER

1                                          ORDER

2     IT IS SO ORDERED.

4    DATED: 1/31/12

                                              *Saundra B Armstrong*
                                       UNITED STATES DISTRICT COURT JUDGE

3

STIPULATION EXTENDING DEADLINES FOR EXPERT DISCLOSURES, EXPERT DISCOVERY AND DEPOSITION OF OFFICER SKILLINGS; [*PROPOSED*] ORDER     Case No. CV 11-0257 SBA