1  Gregory G. Spaulding, Esq. (SBN 106606)
   Terry S. Sterling, Esq. (SBN 106379)
2  SPAULDING McCULLOUGH & TANSIL LLP
   90 South E Street, Suite 200
3  P.O. Box 1867
   Santa Rosa, CA  95402
4  Telephone:     (707) 524-1900
   Facsimile:     (707) 524-1906
5
   Attorneys for Defendant
6  COUNTY OF NAPA

7

8                    UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF CALIFORNIA
9

10  GAYLE BROCK,                          Case No.:  CV 11-0257 SBA

11            Plaintiff,
                                          STIPULATION EXTENDING DEADLINES
12       vs.                              FOR EXPERT DISCLOSURES, EXPERT
                                          DISCOVERY AND DEPOSITION OF
13  COUNTY OF NAPA and DOES 1 through 50, OFFICER SKILLINGS; ORDER
    inclusive,
14
            Defendants.
15

16       Plaintiff GAYLE BROCK and defendant COUNTY OF NAPA hereby enter into this

17  Stipulation Extending Deadlines For Expert Disclosures, Expert Discovery And Deposition Of

18  Officer Skillings with reference to the following facts:

19       A number of critical depositions have been taken in the last two weeks, and others are

20  scheduled to be taken on January 27, 30 and 31, 2012.  January 31, 2012 is currently both the cutoff

21  date for non-expert discovery and the deadline for initial expert disclosures.  Transcripts of the recent

22  and upcoming depositions will not be completed in time for the parties' experts to review the

23  deponents' testimony prior to the current deadline for expert disclosures.

24       The parties have not been able to schedule the deposition of one percipient witness,

25  Correctional Officer Kevin Skillings, prior January 31, 2012.  Scheduling difficulties have arisen as a

26  result of Officer Skillings' recent assignment to work the graveyard shift at the Napa County Jail, and

27  as a result of the attorneys' calendars.

28

                                          1

1    A continuance of the dates for expert disclosures and the expert discovery deadline is needed

2  to allow time for the transcripts of all recent and upcoming depositions to be prepared and made

3  available to the parties' experts for review before those experts and their opinions are disclosed.  In

4  addition, a continuance of the non-expert discovery cutoff date is needed for the limited purpose of

5  scheduling the deposition of Officer Skillings.  No other continuance of the deadline for non-expert

6  discovery is sought by this Stipulation.

7    IT IS HEREBY STIPULATED by and between plaintiff GAYLE BROCK and defendant

8  COUNTY OF NAPA, through their attorneys of record, that the dates for expert disclosures, the

9  expert discovery deadline and the non-expert discovery cutoff date shall be continued as follows:

10    1.    The parties shall designate any experts by March 1, 2012;

11    2.    The parties shall disclose any rebuttal experts by March 15, 2012;

12    3.    Expert discovery shall be completed by April 10, 2012; and

13    4.    The cutoff date for non-expert discovery shall be continued through February 17, 2012

14  for the limited purpose of scheduling the deposition of Officer Kevin Skillings.  With respect to all

15  other non-expert discovery, the discovery cutoff date of January 31, 2012 shall remain in effect.

16  DATED:  January 27, 2012                SPAULDING McCULLOUGH & TANSIL LLP
                                            Attorneys for Defendant
17                                          COUNTY OF NAPA

18

19                                          By:  _____/s/ Terry S. Sterling_____
                                                 Terry S. Sterling
20

21  DATED:  January 27, 2012                LAW OFFICE OF JESSE S. TURNER
                                            Attorneys for Plaintiff GAYLE BROCK
22

23
                                            By:  _____/s/ Jesse S. Turner_____
24                                               Jesse S. Turner, Esq.

25

26

27

28

STIPULATION EXTENDING DEADLINES FOR EXPERT DISCLOSURES, EXPERT        Case No. CV 11-0257 SBA
DISCOVERY AND DEPOSITION OF OFFICER SKILLINGS; [*PROPOSED*] ORDER

1

  <u>ORDER</u>

2

      IT IS SO ORDERED.

3

4  DATED: 1/31/12                                   _____
                                                   UNITED STATES DISTRICT COURT JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

STIPULATION EXTENDING DEADLINES FOR EXPERT DISCLOSURES, EXPERT        Case No. CV 11-0257 SBA
DISCOVERY AND DEPOSITION OF OFFICER SKILLINGS; [*PROPOSED*] ORDER