Gregory G. Spaulding, Esq. (SBN 106606)
Terry S. Sterling, Esq. (SBN 106379)
SPAULDING McCULLOUGH & TANSIL LLP
90 South E Street, Suite 200
P.O. Box 1867
Santa Rosa, CA  95402
Telephone:     (707) 524-1900
Facsimile:      (707) 524-1906

Attorneys for Defendant
COUNTY OF NAPA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAYLE BROCK,<br><br>              Plaintiff,<br><br>      vs.<br><br>COUNTY OF NAPA and DOES 1 through 50, inclusive,<br><br>              Defendants. | Case No.:  CV 11-0257 SBA<br><br>STIPULATION EXTENDING DEADLINE FOR EXPERT DISCOVERY;  ORDER |

IT IS HEREBY STIPULATED by and between plaintiff GAYLE BROCK and defendant COUNTY OF NAPA, through their attorneys of record, that the expert discovery deadline shall be continued for three days, from the current deadline of April 10, 2012 to April 13, 2012, for the limited purpose of scheduling the deposition of Bruce Victor, M.D., one of defendant's experts.  This extension is requested because, as a result of calendar conflicts, the parties have not been able to schedule Dr. Victor's deposition before April 13, 2012.

DATED: March 21, 2012                         SPAULDING McCULLOUGH & TANSIL LLP
                                                                      Attorneys for Defendant
                                                                      COUNTY OF NAPA


                                                                By:  /s/ Terry S. Sterling
                                                                        Terry S. Sterling

1  DATED:  March 21, 2012              LAW OFFICE OF JESSE S. TURNER
                                        Attorneys for Plaintiff GAYLE BROCK
2

3
                                        By:   /s/ Jesse S. Turner
4                                              Jesse S. Turner, Esq.

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1  x[PROPOSED] ORDER

2  The Stipulation pf the parties having been reviewed and considered, and goos cause appearing
3  therefore,
4  IT IS HEREBY ORDERED that the expert discovery deadline is continued to April 13, 2012
5  for the limited purpose of scheduling the deposition of Bruce Victor, M.D., one of defendant's
6  experts. With respect to all other expert discovery, the deadline of April 10, 2012 shall remain in
7  effect.

9  DATED: 3/27/12                                        *Saundra B. Armstrong*
                                                         UNITED STATES DISTRICT COURT JUDGE