Gregory G. Spaulding, Esq. (SBN 106606)
Terry S. Sterling, Esq. (SBN 106379)
SPAULDING McCULLOUGH & TANSIL LLP
90 South E Street, Suite 200
P.O. Box 1867
Santa Rosa, CA 95402
Telephone: (707) 524-1900
Facsimile: (707) 524-1906
spaulding@smlaw.com; sterling@smlaw.com

Attorneys for Defendant
COUNTY OF NAPA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAYLE BROCK,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF NAPA and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: CV 11-0257 SBA<br><br>STIPULATION AND ORDER EXTENDING TIME TO FILE REPLY PAPERS<br><br>Date: June 5, 2012<br>Time: 1:00 pm<br>Ctrm: 1, 4th Floor<br>Honorable Saundra B. Armstrong<br><br>PreTrial Conference: July 10, 2012<br>Trial Date: July 16, 2012 |

Plaintiff GAYLE BROCK and defendant COUNTY OF NAPA ("County") hereby enter into this Stipulation Extending Time To File Reply Papers with reference to the following facts:

On April 17, 2012, the County filed its Motion for Summary Judgment or, in the Alternative, Partial Summary Judgment ("Motion for Summary Judgment"). The Motion for Summary Judgment was originally set for hearing on May 22, 2012, but on April 18, 2012, the Court continued the hearing date on the Motion for Summary Judgment to June 5, 2012. The Court did not change the dates for opposition or reply papers. On May 1, 2012, plaintiff filed her Opposition to the Motion for Summary Judgment based on the briefing schedule mandated by the original May 22, 2012 hearing date.

The deadline for filing reply papers based on the original briefing schedule is May 8, 2012. In order to properly address the numerous legal and factual issues raised by the two motions, the County

requires additional time to file its reply papers. In light of the continuance of the hearing date for the Motion for Summary Judgment, the requested extension of the deadline for filing reply papers will not unduly limit the time available for the Court to prepare for the hearing on the Motion.

IT IS HEREBY STIPULATED by and between plaintiff GAYLE BROCK and defendant COUNTY OF NAPA, through their attorneys of record, that the deadline for reply papers to be filed in connection with the Motion for Summary Judgment shall be continued to May 11, 2012.

DATED: May 4, 2012

SPAULDING McCULLOUGH & TANSIL LLP
Attorneys for Defendant
COUNTY OF NAPA

By: /s/ Terry S. Sterling
Terry S. Sterling

DATED: May 4, 2012

LAW OFFICE OF JESSE S. TURNER
Attorneys for Plaintiff GAYLE BROCK

By: /s/ Jesse S. Turner
Jesse S. Turner, Esq.

ORDER

IT IS SO ORDERED.

DATED: 5/7/12

UNITED STATES DISTRICT COURT JUDGE