Gregory G. Spaulding, Esq. (SBN 106606)
Terry S. Sterling, Esq. (SBN 106379)
SPAULDING McCULLOUGH & TANSIL LLP
90 South E Street, Suite 200
P.O. Box 1867
Santa Rosa, CA  95402
Telephone:     (707) 524-1900
Facsimile:      (707) 524-1906
spaulding@smlaw.com; sterling@smlaw.com

Attorneys for Defendant
COUNTY OF NAPA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAYLE BROCK,<br><br>             Plaintiff,<br><br>     vs.<br><br>COUNTY OF NAPA and DOES 1 through 50, inclusive,<br><br>             Defendants. | Case No.:  CV 11-0257 SBA<br><br>STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING TIME TO FILE REPLY PAPERS<br><br>Date: June 15, 2012<br>Time: 1:30 pm<br>Ctrm: G, 15th Floor<br>Magistrate Judge Joseph C. Spero<br><br>PreTrial Conference: July 10, 2012<br>Trial Date: July 16, 2012 |

    Plaintiff GAYLE BROCK and defendant COUNTY OF NAPA ("County") hereby enter into this Stipulation Extending Time To File Reply Papers with reference to the following facts:

    On April 17, 2012, plaintiff filed her Motion to Preclude Defendant from Using Late Produced Documents at Trial; for Default or Dismissal in Favor of Plaintiff if it Pleases the Court; for Attorney Fees and Costs; and for Other Sanctions Deemed Appropriate by the Court ("Sanctions Motion").  The Sanctions Motion was originally set for hearing on May 22, 2012, but on April 24, 2012, the Court continued the hearing date to June 15, 2012.  The Court did not change the dates for opposition or reply papers.  On May 1, 2012, the County filed its Opposition to the Sanctions Motion based on the briefing schedule mandated by the original May 22, 2012 hearing date.

    The deadline for filing reply papers based on the original briefing schedule is May 8, 2012.  In order to properly address the numerous legal and factual issues raised by the Sanctions Motions,

plaintiff requires additional time to file her reply papers.  In light of the continuance of the hearing date for the Sanctions Motion, the requested extension of the deadline for filing reply papers will not unduly limit the time available for the Court to prepare for the hearing on the Motion.

    IT IS HEREBY STIPULATED by and between plaintiff GAYLE BROCK and defendant COUNTY OF NAPA, through their attorneys of record, that the deadline for reply papers to be filed in connection with the Sanctions Motion shall be continued to May 11, 2012.

DATED:  May 4, 2012                      SPAULDING McCULLOUGH & TANSIL LLP
                                              Attorneys for Defendant
                                              COUNTY OF NAPA

                                              By:      /s/ Terry S. Sterling
                                                         Terry S. Sterling

DATED:  May 4, 2012                      LAW OFFICE OF JESSE S. TURNER
                                              Attorneys for Plaintiff GAYLE BROCK

                                              By:      /s/ Jesse S. Turner
                                                         Jesse S. Turner, Esq.

1 [~~PROPOSED~~] ORDER

2     IT IS SO ORDERED.

4 DATED: 5/14/12          U.S. DISTRICT _____ JUDGE

*Judge Joseph C. Spero*

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE REPLY PAPERS      Case No. CV 11-0257 SBA