1  Gregory G. Spaulding, Esq. (SBN 106606)
   Terry S. Sterling, Esq. (SBN 106379)
2  SPAULDING McCULLOUGH & TANSIL LLP
   90 South E Street, Suite 200
3  P.O. Box 1867
   Santa Rosa, CA  95402
4  Telephone:     (707) 524-1900
   Facsimile:      (707) 524-1906
5  spaulding@smlaw.com; sterling@smlaw.com

6  Attorneys for Defendant
   COUNTY OF NAPA

7

8               UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
9

10 | GAYLE BROCK,                                | Case No.:  CV 11-0257 SBA
11 |         Plaintiff,                          |
12 |     vs.                                     | STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE REPLY PAPERS
13 | COUNTY OF NAPA and DOES 1 through 50, inclusive, | Date: June 15, 2012
14 |                                             | Time: 1:30 pm
   |         Defendants.                         | Ctrm: G, 15th Floor
15 |                                             | Magistrate Judge Joseph C. Spero
16 |                                             | PreTrial Conference: July 10, 2012
   |                                             | Trial Date: July 16, 2012

17

18        Plaintiff GAYLE BROCK and defendant COUNTY OF NAPA ("County") hereby enter into

19 this Stipulation Extending Time To File Reply Papers with reference to the following facts:

20        On April 17, 2012, plaintiff filed her Motion to Preclude Defendant from Using Late

21 Produced Documents at Trial; for Default or Dismissal in Favor of Plaintiff if it Pleases the Court; for

22 Attorney Fees and Costs; and for Other Sanctions Deemed Appropriate by the Court ("Sanctions

23 Motion").  The Sanctions Motion was originally set for hearing on May 22, 2012, but on April 24,

24 2012, the Court continued the hearing date to June 15, 2012.  The Court did not change the dates for

25 opposition or reply papers.  On May 1, 2012, the County filed its Opposition to the Sanctions Motion

26 based on the briefing schedule mandated by the original May 22, 2012 hearing date.

27        The deadline for filing reply papers based on the original briefing schedule is May 8, 2012.  In

28 order to properly address the numerous legal and factual issues raised by the Sanctions Motions,

1

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE REPLY PAPERS          Case No. CV 11-0257 SBA

1  plaintiff requires additional time to file her reply papers.  In light of the continuance of the hearing
2  date for the Sanctions Motion, the requested extension of the deadline for filing reply papers will not
3  unduly limit the time available for the Court to prepare for the hearing on the Motion.
4      IT IS HEREBY STIPULATED by and between plaintiff GAYLE BROCK and defendant
5  COUNTY OF NAPA, through their attorneys of record, that the deadline for reply papers to be filed
6  in connection with the Sanctions Motion shall be continued to May 11, 2012.

7  DATED:  May 4, 2012      SPAULDING McCULLOUGH & TANSIL LLP
                                    Attorneys for Defendant
8                                   COUNTY OF NAPA

10                                  By:      /s/ Terry S. Sterling   
                                              Terry S. Sterling

12  DATED:  May 4, 2012      LAW OFFICE OF JESSE S. TURNER
                                    Attorneys for Plaintiff GAYLE BROCK

15                                  By:      /s/ Jesse S. Turner   
                                              Jesse S. Turner, Esq.

[~~PROPOSED~~] ORDER

IT IS SO ORDERED.

DATED: 5/14/12

_____
U.S. DISTRICT _____ JUDGE
Judge Joseph C. Spero