UNITED STATES DISTRICT COURT

Northern District of California

San Francisco

GAYLE BROCK,　　　　　　　　　　　　　　No. C 11-00257 SBA (LB)

　　　　　Plaintiff,　　　　　　　　　　**ORDER VACATING JUNE 12, 2012 SETTLEMENT CONFERENCE**
　　v.

COUNTY OF NAPA,

　　　　　Defendant.
_____/

On June 11, 2012, Judge Armstrong continued the deadline for the parties to attend the mandatory settlement conference with the undersigned from June 18, 2012 to thirty (30) days after she rules on Defendant's motion for summary judgment. 6/11/2012 Order, ECF No. 63. In light of her order, this court VACATES the current June 12, 2012 settlement conference. Within five (5) days of Judge Armstrong's ruling on Defendant's motion for summary judgment, the parties SHALL contact courtroom deputy Lashanda Scott at 415-522-3140 to schedule a settlement conference with the undersigned to take place before the new settlement conference deadline.

**IT IS SO ORDERED.**

Dated: June 11, 2012

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　LAUREL BEELER
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

C 11-00257 SBA (LB)
ORDER